Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Kate Quinn Organics, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5458447** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **16531 13th Ave W** <br> **Suite A102** <br> **Lynnwood, WA 98037-8500** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Snohomish** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   **https://katequinn.com/**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5137</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 2 of 63

Debtor   **Kate Quinn Organics, Inc.**                                    Case number (*if known*) _____
        _____
        Name

| | | |
|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor _____ | Relationship _____ |
| | District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

    **Where is the property?** _____
         Number, Street, City, State & ZIP Code

    **Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

25-00445-FPC11   Doc 1   Filed 03/14/25   Entered 03/14/25 15:12:05   Pg 3 of 63

Debtor **Kate Quinn Organics, Inc.**               Case number (*if known*) _____
_____
       Name

| | |
|---|---|
| ▉ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 14, 2025**
_____
                MM / DD / YYYY

**X** **/s/ Katherine Quinn**                                **Katherine Quinn**
_____          _____
Signature of authorized representative of debtor            Printed name

Title     **CEO**
_____

**18. Signature of attorney**

**X** **/s/ Jason Wax**                                  Date     **March 14, 2025**
_____          _____
Signature of attorney for debtor                           MM / DD / YYYY

**Jason Wax**
_____
Printed name

**Bush Kornfeld LLP**
_____
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
_____
Number, Street, City, State & ZIP Code

Contact phone     **206-292-2110**          Email address     **jwax@bskd.com**
_____            _____

**41944 WA**
_____
Bar number and State

25-00445-FPC11     Doc 1     Filed 03/14/25     Entered 03/14/25 15:12:05        Pg 4 of 63

| Debtor | **Kate Quinn Organics, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 14, 2025**
MM / DD / YYYY

X _____     **Katherine Quinn**
Signature of authorized representative of debtor          Printed name

Title  **CEO**

---

**18. Signature of attorney**

X _____     Date  **March 14, 2025**
Signature of attorney for debtor                           MM / DD / YYYY

**Jason Wax**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone  **206-292-2110**     Email address  **jwax@bskd.com**

**41944 WA**
Bar number and State

## SHAREHOLDER RESOLUTIONS OF
## KATE QUINN ORGANICS, INC.

WHEREAS, Kate Quinn Organics, Inc., a Washington corporation ("Company") is experiencing significant financial challenges; and

WHEREAS, the undersigned is the sole shareholder and director of the Company ("Shareholder" and "Director" respectively); and

WHEREAS, it is the opinion of the Shareholder and Director that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("BK") to represent the Company's interest in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Shareholder and Director consent to the following action by the Company:

RESOLVED, that the Company shall employ BK to represent it in the Chapter 11 proceedings and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that Katherine Quinn, as President of the Company, is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Katherine Quinn, as President of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

DATED this 6th day of March, 2025.

*Katherine Quinn*
Katherine Quinn (Mar 6, 2025 15:57 PST)
_____
Katherine Quinn, Director and sole
shareholder of Kate Quinn Organics, Inc.

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 14, 2025__      X /s/ Katherine Quinn _____
                                              Signature of individual signing on behalf of debtor

                                              **Katherine Quinn** _____
                                              Printed name

                                              **CEO** _____
                                              Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Kate Quinn Organics, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express PO Box 60189 City of Industry, CA 91716-0189** | **amexsru@aexp.com 1-800-528-4800** | **Business Platinum credit card** | | | | $155,188.67 |
| **C.H. Robinson Worldwide, Inc. 14701 Charlson Road Eden Prairie, MN 55347-5076** | **Garrett Stallings Garrett.Stallings@CHrobinson.com 470-240-7774** | **Import freight services** | | | | $230,830.87 |
| **Capybara Capital, LLC 6501 Congress Avenue Suite 340 Boca Raton, FL 33487** | **Brian Kramer brian@bkcounsel.com** | **Money loaned** | **Contingent Unliquidated Disputed** | | | $310,000.00 |
| **CFG Merchant Solutions, LLC 180 Maiden Lane, 15th Floor New York, NY 10038** | **reconciliation@cfgms.com** | **Money loaned** | **Contingent Unliquidated Disputed** | | | $500,000.00 |
| **CFT Clear Finance Technology Corp. 2810 N Church St #68100 Wilmington, DE 19802-4447** | **support@clearbanc.com** | **Money loaned** | **Contingent Unliquidated Disputed** | | | $3,000,000.00 |
| **DHL eCommerce 2700 S Commerce Parkway Suite 300 Weston, FL 33331** | **Valery Garcia-Gehman Valery.garcia-gehman@dhl.com 954-308-8835** | **Shipping** | | | | $151,778.75 |

25-00445-FPC11   Doc 1   Filed 03/14/25   Entered 03/14/25 15:12:05   Pg 8 of 63

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Essentia Funding 22 E Main St., Unit #250 Middletown, NY 10940** | **Jack Madeb** jack@madeblaw.com | **Money loaned** | **Unliquidated Disputed Subject to Setoff** | | | $190,000.00 |
| **Fox Funding Group LLC 803 S 21st Avenue Hollywood, FL 33020** | **Joe Lieberman** joe@landklegal.com | **Money loaned** | **Contingent Unliquidated Disputed** | | | $190,000.00 |
| **Frederick & Associates P.S. 17455 68th Ave. NE Suite 304 Kenmore, WA 98028-3528** | **Les Frederick** Les@Fredericktaxcpa.com 206-625-0259 | | | | | $74,442.50 |
| **Icon Owner Pool I West, LLC c/o Link Logistics Real Estate 90 Park Avenue, 32nd Floor New York, NY 10016** | **Parker Keehn** Keehn@carneylaw.com | **Rent** | | | | $287,884.92 |
| **Illinois Dep't of Revenue Bankruptcy Unit PO Box 19035 Springfield, IL 62794-9035** | | **Sales Tax** | | | | **Unknown** |
| **LG Funding LLC 1218 Union Street, Suite 2 Brooklyn, NY 11225** | **Joe Lieberman** joe@landklegal.com | **Money loaned** | **Contingent Unliquidated Disputed** | | | $91,000.00 |
| **Martha Lake Business Park, LLC 16531 13th Avenue W, Suite A-107 Lynnwood, WA 98037** | **Douglas R. Wrigley** doug@selecthomeswa.com 425-742-6044 | **Rent** | | | | $36,263.72 |
| **Meta Platforms, Inc. 1 Meta Way Menlo Park, CA 94025** | **Ruth Hidalgo** hidalruthrebeca@fb.com 1-512-270-3210 | **Advertising** | | | | $403,958.91 |
| **Oat Financial, Inc. 55 Regent Street, Unit 2 Cambridge, MA 02140** | support@oatfi.com | **Money loaned** | **Contingent Unliquidated Disputed** | | | $310,000.00 |

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 9 of 63

| Debtor | **Kate Quinn Organics, Inc.** | Case number *(if known)* | | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ouiby Inc. d/b/a Kickfurther PO Box 21584 Boulder, CO 80308-4584** | **Jackson Killion** **jackson@kickfurther.com** | **Pro Model Services Agreement** | **Contingent Unliquidated Disputed** | | | **$1,098,992.76** |
| **Pinnacle Business Funding LLC 1202 Avenue U, Suite 1115 Brooklyn, NY 11229** | **info@pbffunding.com** | **Money loaned** | **Contingent Unliquidated Disputed** | | | **$140,000.00** |
| **Shopify Capital Inc. 151 O'Connor Street Ottawa, ON K2P 2L8 CANADA** | **Lennard Ignacio** **lennard.ignacio@shopify.com** | **Money loaned** | **Contingent Unliquidated Disputed** | | | **$280,000.00** |
| **Unique Quiambo c/o Hillis Clark Martin & Peterson 999 Third Avenue, Suite 4600 Seattle, WA 98104** | **A. Michael Edwards** **michael.edwards@hcmp.com** | **Employee separation dispute** | **Unliquidated Disputed** | | | **$84,399.26** |
| **WA Dep't of Labor & Industries Attn: Collections PO Box 44171 Olympia, WA 98504-4171** | **Danna Hendry** **Jada235@Lni.wa.gov** **425-290-1361** | **Industrial Insurance** | | | | **Unknown** |

Fill in this information to identify the case:

Debtor name    **Kate Quinn Organics, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*...........................................................................................   $ _____**0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.........................................................................................   $ _____**593,790.07**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...........................................................................................   $ _____**593,790.07**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____**301,133.09**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $ _____**264,585.78**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$ _____**7,753,563.96**

4.   **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

     $    **8,319,282.83**

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 11 of 63

Debtor name   **Kate Quinn Organics, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$430.73** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America, N.A.** | **Checking Account** | **5708** | **$3.88** |
| 3.2. | **Bank of America, N.A.** | **Checking Account** | **4106** | **$0.00** |
| 3.3. | **Afterpay account** | **Online payment gateway** | **N/A** | **$0.00** |
| 3.4. | **PayPal account** | **Online payment gateway** | **N/A** | **$8.54** |
| 3.5. | **Shopify account** | **Online payment gateway** | **N/A** | **$273,795.26** |
| 3.6. | **Shop Pay account** | **Online payment gateway** | **N/A** | **$0.00** |

25-00445-FPC11     Doc 1     Filed 03/14/25     Entered 03/14/25 15:12:05     Pg 12 of 63

|  | | | | |
|---|---|---|---|---|
| 3.7. | **Square account** | **Outlet Store payment platform** | **N/A** | **$5,376.51** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                      **$279,614.92**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Factory deposits** | **$167,300.00** |

**Bush Kornfeld LLP**
**601 Union Street, Suite 5000**
**Seattle, WA 98101**

| | | |
|---|---|---|
| 7.2. | **Balance of retainer** | **$43,593.15** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Overpaid sales tax receivable** | **Unknown** |

**Villa Insurance Group**
**PO Box 13587**
**Mill Creek, WA 98082**

| | | |
|---|---|---|
| 8.2. | **Liability insurance policies prepayment** | **Unknown** |

9.    **Total of Part 2.**                                                                      **$210,893.15**

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** **Inventory of clothing and clothing accessories for resale** | | $0.00 | Recent cost | $93,282.00 |

**22.    Other inventory or supplies**

**23.    Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

$93,282.00

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** **Office furniture and fixtures** | $0.00 | | $5,000.00 |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** | | | |

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 14 of 63

| | | | |
|---|---|---|---|
| **Computers and computer equipment** | $0.00 | | $5,000.00 |

42. **Collectibles** _Examples_: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    | $10,000.00 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** _Examples:_ Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Forklift (broken, does not run, needs new battery) | $0.00 | | Unknown |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    | $0.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 15 of 63

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leasehold interest in commercial premises located at 16531 13th Avenue W, Suite A102, Lynnwood, WA 98037.** | **Leasehold interest** | **$0.00** | | **Unknown** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>**katequinn.com** | **Unknown** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property**<br>**Copyrights and trademarks on Kate Quinn Organics brand** | **Unknown** | | **Unknown** |
| 65.    **Goodwill**<br>**Goodwill** | **Unknown** | | **Unknown** |

66.    **Total of Part 10.**                                                          ☐ **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $279,614.92 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $210,893.15 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $93,282.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $593,790.07 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $593,790.07 |

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 18 of 63

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Kate Quinn Organics, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim<br>Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1**

**American Express Nat'l Bank**
Creditor's Name

**Attn: Legal/Bankruptcy**
**PO Box 570622**
**Atlanta, GA 30357**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/13/2024**

Last 4 digits of account number
**5454**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Security interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$157,072.31**

Value of collateral: **Unknown**

---

**2.2**

**U.S. Small Business Admin.**
Creditor's Name

**Legal Dept.**
**2401 Fourth Avenue, Suite 400**
**Seattle, WA 98121**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**7/03/2020**

Describe debtor's property that is subject to a lien
**All tangible and intangible personal property [UCC File No. 2020-185-6552-0]**

Describe the lien
**Disaster COVID-19 Economic Injury secured loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$144,060.78**

Value of collateral: **Unknown**

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

25-00445-FPC11   Doc 1   Filed 03/14/25   Entered 03/14/25 15:12:05   Pg 19 of 63

| Debtor | **Kate Quinn Organics, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number
**8003**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$301,133.09**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **American Express Nat'l Bank**<br>**c/o CT Corporation System**<br>**28 Liberty Street**<br>**New York, NY 10005** | Line **2.1** | |
| **U.S. Small Business Admin.**<br>**CESC - COVID EIDL Service Ctr.**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name    **Kate Quinn Organics, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,514.34** | **Unknown** |

**2.1** Priority creditor's name and mailing address
**Arizona Dep't of Revenue**
**1600 W Monroe St.**
**Phoenix, AZ 85007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,514.34**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Arkansas Dep't of Revenue**
**aka Dep't of Finance & Admin.**
**1900 W 7th St., Room 1040**
**Little Rock, AR 72201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,025.55**    Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,603.93 | Unknown |
|---|---|---|---|---|

**California Dep't of Revenue**
**aka CA Dep't of Tax & Fee Admin.**
**PO Box 942879**
**Sacramento, CA 94279**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Lynnwood**
**19100 44th Avenue W**
**Lynnwood, WA 98036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,958.67 | Unknown |
|---|---|---|---|---|

**Colorado Dep't of Revenue**
**PO Box 17087**
**Denver, CO 80217-0087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.52 | Unknown |
|---|---|---|---|---|

**Connecticut Dep't of Revenue**
**450 Columbus Blvd. #1**
**Hartford, CT 06103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 22 of 63

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $955.63 | Unknown |
| --- | --- | --- | --- | --- |

**Florida Dep't of Revenue**
**5050 W Tennessee St.**
**Tallahassee, FL 32399-0100**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.80 | Unknown |
| --- | --- | --- | --- | --- |

**Idaho Dep't of Revenue**
**PO Box 36**
**Boise, ID 83722-0410**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,654.92 | Unknown |
| --- | --- | --- | --- | --- |

**Illinois Dep't of Revenue**
**Bankruptcy Unit**
**PO Box 19035**
**Springfield, IL 62794-9035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| --- | --- | --- | --- | --- |

**Internal Revenue Service**
**Centralized Insolvency Ops.**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal income taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $556.73 | Unknown |
|---|---|---|---|---|

**Iowa Dep't of Revenue**
**Hoover State Office Bldg, 1st Fl.**
**1305 E Walnut St.**
**Des Moines, IA 50319**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.30 | Unknown |
|---|---|---|---|---|

**Kansas Dep't of Revenue**
**PO Box 750260**
**Topeka, KS 66625-0260**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $516.83 | Unknown |
|---|---|---|---|---|

**Louisiana Dep't of Revenue**
**617 North Third Street**
**Baton Rouge, LA 70802**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,184.01 | Unknown |
|---|---|---|---|---|

**Maine Dep't of Revenue**
**PO Box 1067**
**Augusta, ME 04332-1067**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 24 of 63

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $888.57 | Unknown |
|---|---|---|---|---|
| | **Maryland Dep't of Revenue**<br>**PO Box 1829**<br>**Annapolis, MD 21404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $142.81 | Unknown |
|---|---|---|---|---|
| | **Massachusetts Dep't of Revenue**<br>**PO Box 7003**<br>**Boston, MA 02204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,529.59 | Unknown |
|---|---|---|---|---|
| | **Minnesota Dep't of Revenue**<br>**600 N Robert St.**<br>**St. Paul, MN 55146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,086.22 | Unknown |
|---|---|---|---|---|
| | **Missouri Dep't of Revenue**<br>**301 W High Street**<br>**Jefferson City, MO 65101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,601.53 | Unknown |
|---|---|---|---|---|

**Nebraska Dept't of Revenue**
**PO Box 94818**
**Lincoln, NE 68509-4818**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $533.21 | Unknown |
|---|---|---|---|---|

**Nevada Dept't of Revenue**
**3850 Arrowhead Drive**
**Carson City, NV 89706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.06 | Unknown |
|---|---|---|---|---|

**New Jersey Dept't of Revenue**
**Division of Taxation**
**PO Box 999**
**Trenton, NJ 98646-0999**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.25 | Unknown |
|---|---|---|---|---|

**New Mexico Dept't of Revenue**
**Tax Compliance Bureau**
**PO Box 50129**
**Albuquerque, NM 87181-0129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,939.39 | Unknown |
|------|-----|-----|-----|-----|

**North Carolina Dep't of Revenue**
**PO Box 25000**
**Raleigh, NC 27640-0640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)  ■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $658.30 | Unknown |
|------|-----|-----|-----|-----|

**North Dakota Dep't of Revenue**
**Office of State Tax Commissioner**
**600 E Blvd. Ave., Dept. 127**
**Bismarck, ND 58505-0599**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)  ■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $468.99 | Unknown |
|------|-----|-----|-----|-----|

**Rhode Island Dep't of Revenue**
**One Capitol Hill**
**Providence, RI 02908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)  ■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|-----|-----|-----|-----|

**Snohomish County Assessor**
**3000 Rockefeller Ave.**
**M/S 510**
**Everett, WA 98201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Personal property taxes**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)  ■ No
☐ Yes

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $152.33 | Unknown |
|---|---|---|---|---|
| | **South Dakota Dep't of Revenue**<br>**445 E Capitol Ave.**<br>**Pierre, SD 57501-3185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,081.09 | Unknown |
|---|---|---|---|---|
| | **Tennessee Dep't of Revenue**<br>**Andrew Jackson Bldg.**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,732.01 | Unknown |
|---|---|---|---|---|
| | **Texas Dep't of Revenue**<br>**Texas Comptroller**<br>**PO Box 13528, Capitol Station**<br>**Austin, TX 78711-3528** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $22.70 | Unknown |
|---|---|---|---|---|
| | **Vermont Dep't of Revenue**<br>**PO Box 1881**<br>**Montpelier, VT 05601-1881** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 28 of 63

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,935.89 | Unknown |
|---|---|---|---|---|

**Virginia Dep't of Revenue**
**PO Box 1880**
**Richmond, VA 23218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155,901.63 | Unknown |
|---|---|---|---|---|

**WA Dep't of Labor & Industries**
**Attn: Collections**
**PO Box 44171**
**Olympia, WA 98504-4171**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Industrial Insurance**

Last 4 digits of account number **7600**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WA Employment Security Dep't**
**PO Box 9046**
**Olympia, WA 98507-9046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WA State Dep't of Revenue**
**Bankruptcy/Claims Unit**
**2101 Fourth Avenue, Suite 1400**
**Seattle, WA 98121-2300**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 29 of 63

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.39 | Unknown |
|---|---|---|---|---|

**West Virginia Dep't of Revenue**
**Taxpayer Services**
**1001 Lee Street E**
**Charleston, WV 25301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,155.82 | Unknown |
|---|---|---|---|---|

**Wisconsin Dep't of Revenue**
**PO Box 8921**
**Madison, WI 53708-8921**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.77 | Unknown |
|---|---|---|---|---|

**Wyoming Dep't of Revenue**
**Excise Tax Division**
**122 W 25th St #E301**
**Cheyenne, WY 82002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,188.67 |
|---|---|---|---|

**American Express**
**PO Box 60189**
**City of Industry, CA 91716-0189**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2005**

Basis for the claim:  **Business Platinum credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.69 |
|---|---|---|---|

**Auctane LLC dba ShipStation**
**4301 Bull Creek Rd.**
**Suite 300**
**Austin, TX 78731**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shipping (international orders)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,922.07 |
|---|---|---|---|

**Avalara, Inc.**
**255 S King Street, Suite 1800**
**Seattle, WA 98104-3320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Sales tax compliance software and services**

Last 4 digits of account number  **1701**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,537.50 |
|---|---|---|---|

**Ben Crudo Consulting Inc. dba DIFF**
**220-1435 rue Saint-Alexandre**
**Montreal, Quebec H3A 2G4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Website support**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,205.00 |
|---|---|---|---|

**Black Crow AI, Inc.**
**447 Broadway, 2nd Floor #382**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,430.61 |
|---|---|---|---|

**Block, Inc. dba Square**
**Attn: Legal/Bankruptcy**
**1955 Broadway, Suite 600**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Money loaned**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230,830.87 |
|---|---|---|---|

**C.H. Robinson Worldwide, Inc.**
**14701 Charlson Road**
**Eden Prairie, MN 55347-5076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Import freight services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310,000.00 |
|---|---|---|---|

**Capybara Capital, LLC**
**6501 Congress Avenue**
**Suite 340**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/21/2024**

Basis for the claim:  **Money loaned**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**CFG Merchant Solutions, LLC**
**180 Maiden Lane, 15th Floor**
**New York, NY 10038**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/10/2024**

Basis for the claim:  **Money loaned**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000,000.00 |
|---|---|---|---|

**CFT Clear Finance Technology Corp.**
**2810 N Church St #68100**
**Wilmington, DE 19802-4447**

Date(s) debt was incurred  6/28/2022

Last 4 digits of account number  7502

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,920.00 |
|---|---|---|---|

**Clear Water Carpet Care, LLC**
**7001 Beverly Blvd.**
**Everett, WA 98203-5225**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Cleaning services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,971.18 |
|---|---|---|---|

**Comcast Business**
**9602 S 300 W., Suite B**
**Sandy, UT 84070-3302**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Internet services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,613.66 |
|---|---|---|---|

**Convergence Northwest, LLC**
**1410 NW 49th Street**
**Seattle, WA 98107**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **IT services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delta Dental of Washington**
**400 Fairview Ave N, #800**
**Seattle, WA 98109**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Dental insurance policy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151,778.75 |
|---|---|---|---|

**DHL eCommerce**
**2700 S Commerce Parkway**
**Suite 300**
**Weston, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DocuSign, Inc.**
**999 3rd Ave., Suite 1000**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Cloud-based document management services**

Is the claim subject to offset? ■ No ☐ Yes

---

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 32 of 63

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,000.00 |
|---|---|---|---|

**Essentia Funding**
**22 E Main St., Unit #250**
**Middletown, NY 10940**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **11/19/2024**

Basis for the claim: **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.75 |
|---|---|---|---|

**First Choice Health**
**400 Westlake Ave N**
**Suite 1500**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee assistance program services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,000.00 |
|---|---|---|---|

**Fox Funding Group LLC**
**803 S 21st Avenue**
**Hollywood, FL 33020**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **12/12/2024**

Basis for the claim: **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,442.50 |
|---|---|---|---|

**Frederick & Associates P.S.**
**17455 68th Ave. NE**
**Suite 304**
**Kenmore, WA 98028-3528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.80 |
|---|---|---|---|

**Google Play**
**1600 Amphitheatre Pkwy.**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,490.50 |
|---|---|---|---|

**Hillis Clark Martin & Peterson**
**999 3rd Ave., Suite 4600**
**Seattle, WA 98104-4084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287,884.92 |
|---|---|---|---|

**Icon Owner Pool I West, LLC**
**c/o Link Logistics Real Estate**
**90 Park Avenue, 32nd Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

25-00445-FPC11    Doc 1    Filed 03/14/25    Entered 03/14/25 15:12:05    Pg 33 of 63

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,818.16** |
|---|---|---|---|
| | JASCI LLC<br>44 Executive Blvd., Suite 200<br>Elmsford, NY 10523 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Warehouse management system__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,613.38** |
|---|---|---|---|
| | Klaviyo Inc.<br>125 Summer St., Floor 6<br>Boston, MA 02111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Email platform__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,000.00** |
|---|---|---|---|
| | LG Funding LLC<br>1218 Union Street, Suite 2<br>Brooklyn, NY 11225 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  __5/02/2024__<br>Last 4 digits of account number _ | Basis for the claim:  __Money loaned__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133.00** |
|---|---|---|---|
| | Lowe Graham Jones PLLC<br>1325 4th Ave., Suite 1130<br>Seattle, WA 98101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Legal services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,263.72** |
|---|---|---|---|
| | Martha Lake Business Park, LLC<br>16531 13th Avenue W, Suite A-107<br>Lynnwood, WA 98037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Rent__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$403,958.91** |
|---|---|---|---|
| | Meta Platforms, Inc.<br>1 Meta Way<br>Menlo Park, CA 94025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Advertising__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,183.10** |
|---|---|---|---|
| | North Beam, Inc.<br>222 North Pacific Coast Highway<br>Suite 2000<br>El Segundo, CA 90245 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Reporting services for marketing__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583.44 |
|---|---|---|---|

**Northwest Security & Sound**
PO Box 1592
Snohomish, WA 98291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Security and monitoring services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310,000.00 |
|---|---|---|---|

**Oat Financial, Inc.**
55 Regent Street, Unit 2
Cambridge, MA 02140

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/4-16/2024**

Last 4 digits of account number

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,098,992.76 |
|---|---|---|---|

**Ouiby Inc. d/b/a Kickfurther**
PO Box 21584
Boulder, CO 80308-4584

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **6/24/2024**

Last 4 digits of account number

Basis for the claim: **Pro Model Services Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.49 |
|---|---|---|---|

**Performance Systems Integration**
7324 SW Durham Road
Portland, OR 97224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number **8966**

Basis for the claim: **Fire extinguisher service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,000.00 |
|---|---|---|---|

**Pinnacle Business Funding LLC**
1202 Avenue U, Suite 1115
Brooklyn, NY 11229

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **12/20/2024**

Last 4 digits of account number

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,857.37 |
|---|---|---|---|

**Postscript**
3370 North Hayden Rd., Suite 123
Scottsdale, AZ 85251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **SMS system**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.10 |
|---|---|---|---|

**Puget Sound Energy**
PO Box 91269
Bellevue, WA 98009-9269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Utilities (Woodinville)**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,912.72**

**Puget Sound Energy**
**PO Box 91269**
**Bellevue, WA 98009-9269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities (Lynnwood)__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$232.61**

**Quench USA, Inc.**
**630 Allendale Road, Suite 200**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Water filtration service__

Last 4 digits of account number _1809_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,670.00**

**Redo Tech, Inc.**
**14761 Future Way, Suite 400**
**Draper, UT 84020-5326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Shipping, email and SMS__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,023.90**

**Regence BlueShield**
**PO Box 1106**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Health insurance policy__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280,000.00**

**Shopify Capital Inc.**
**151 O'Connor Street**
**Ottawa, ON K2P 2L8**
**CANADA**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Money loaned__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Snohomish County PUD No. 1**
**2320 California Street**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Electricity service__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34.50**

**Sound Benefit Administration, Inc.**
**18887 State Hwy 305 NE**
**Suite 600**
**Poulsbo, WA 98370-7462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __COBRA services__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,199.00 |
|---|---|---|---|

**Stamped.io**
**6608 N Western Ave. #2007**
**Oklahoma City, OK 73116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Website support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,399.26 |
|---|---|---|---|

**Unique Quiambo**
**c/o Hillis Clark Martin & Peterson**
**999 Third Avenue, Suite 4600**
**Seattle, WA 98104**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee separation dispute**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,709.07 |
|---|---|---|---|

**United Parcel Service, Inc.**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping**

Last 4 digits of account number  **7A60,6240**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VSP Vision Care, Inc.**
**600 University Street, Suite 2004**
**Seattle, WA 98101-1129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vision insurance policy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**2121 Airline Drive, Suite 520**<br>**Metairie, LA 70001** | Line  **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Express**<br>**Attn: Legal/Bankruptcy**<br>**43 Butterfield Circle**<br>**El Paso, TX 79906** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **American Express**<br>**Attn: Legal/Bankruptcy**<br>**PO Box 30384**<br>**Salt Lake City, UT 84130** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Capybara Capital, LLC**<br>**c/o Brian Kramer, P.A.**<br>**6501 Congress Ave., Ste. 240**<br>**Boca Raton, FL 33487** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **CFT Clear Finance Technology Corp.**<br>**1200-33 Yonge Street**<br>**Toronto, ON M5E 1G4**<br>**CANADA** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Convergence Northwest, LLC**<br>**4252 SE International Way, Ste. A**<br>**Milwaukie, OR 97222-8822** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Delta Dental of Washington**<br>**PO Box 75983**<br>**Seattle, WA 98175-0983** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **DocuSign, Inc.**<br>**221 Main Street, Suite 1550**<br>**San Francisco, CA 94105** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Essentia Funding**<br>**c/o Madeb Law PLLC**<br>**2433 Knapp St., Suite 203A**<br>**Brooklyn, NY 11235** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Fox Funding Group LLC**<br>**c/o Lieberman & Klestzik, LLP**<br>**381 Sunrise Hwy., 3rd Floor**<br>**Lynbrook, NY 11563** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Icon Owner Pool I West, LLC**<br>**c/o Link Logistics Real Estate**<br>**602 W Office Center Dr., Suite 200**<br>**Fort Washington, PA 19034** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Icon Owner Pool I West, LLC**<br>**c/o Carney Badley Spellman, P.S.**<br>**701 5th Ave., Suite 3600**<br>**Seattle, WA 98104** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **LG Funding LLC**<br>**c/o Lieberman & Klestzik, LLP**<br>**381 Sunrise Hwy., 3rd Floor**<br>**Lynbrook, NY 11563** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Oat Financial, Inc.**<br>**c/o LegalInc Corp. Servs. Inc.**<br>**131 Continental Dr., Suite 305**<br>**Newark, DE 19713** | Line **3.32**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Ouiby Inc. d/b/a Kickfurther**<br>**Attn: Jackson Killion**<br>**1200 Pearl St., Suite 404**<br>**Boulder, CO 80302** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Puget Sound Energy**<br>**355 110th Ave. NE #EST-11**<br>**Bellevue, WA 98004-5862** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |

25-00445-FPC11     Doc 1     Filed 03/14/25     Entered 03/14/25 15:12:05     Pg 38 of 63

| Debtor | **Kate Quinn Organics, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.17 | **Puget Sound Energy**<br>**355 110th Ave. NE #EST-11**<br>**Bellevue, WA 98004-5862** | Line  **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Regence BlueShield**<br>**1111 Lake Washington Blvd. N**<br>**Renton, WA 98056** | Line  **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Shopify Capital Inc.**<br>**100 Shockoe Slip, 2nd Floor**<br>**Richmond, VA 23219** | Line  **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **UPS Supply Chain Solutions, Inc.**<br>**12380 Morris Road**<br>**Alpharetta, GA 30005** | Line  **3.47**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 264,585.78 |
| **5b. Total claims from Part 2** | 5b. | + $ | 7,753,563.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,018,149.74 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Hosting solution for Spot search and filtering software** | |
| State the term remaining — **1 year** | **eShopAdmin Inc.** |
| List the contract number of any government contract | **1435 Saint-Alexandre Suite 220 Montreal, QC H3A 2G4 Canada** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for premises at Martha Lake Business Park, Building A (on Parcel No. 003737-006-007-01)** | |
| State the term remaining — **6/30/2026** | **Martha Lake Business Park, LLC** |
| List the contract number of any government contract | **16531 13th Avenue W, Suite A-107 Lynnwood, WA 98037** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Provider of e-commerce services that helps debtor manage gift cards, store credit, and loyalty programs.** | |
| State the term remaining — **Unknown** | **Rise AI eCommerce Solutions Ltd. Wix.com Ltd.** |
| List the contract number of any government contract | **100 Gansevoort Street New York, NY 10014** |

Debtor name **Kate Quinn Organics, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Katherine Quinn** | **16531 13th Ave W Suite A102 Lynnwood, WA 98037-8500 Guarantor** | **Capybara Capital, LLC** | ☐ D _____ ■ E/F **3.8** ☐ G _____ |
| 2.2 | **Katherine Quinn** | **16531 13th Ave W Suite A102 Lynnwood, WA 98037-8500 Guarantor** | **LG Funding LLC** | ☐ D _____ ■ E/F **3.26** ☐ G _____ |
| 2.3 | **Katherine Quinn** | **16531 13th Ave W Suite A102 Lynnwood, WA 98037-8500 Guarantor** | **Essentia Funding** | ☐ D _____ ■ E/F **3.17** ☐ G _____ |
| 2.4 | **Katherine Quinn** | **16531 13th Ave W Suite A102 Lynnwood, WA 98037-8500 Guarantor** | **Fox Funding Group LLC** | ☐ D _____ ■ E/F **3.19** ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | Katherine Quinn<br>16531 13th Ave W<br>Suite A102<br>Lynnwood, WA 98037-8500<br>Guarantor | CFG Merchant<br>Solutions, LLC | ☐ D _____<br>■ E/F   3.9<br>☐ G _____ |
| 2.6 | Katherine Quinn<br>16531 13th Ave W<br>Suite A102<br>Lynnwood, WA 98037-8500<br>Guarantor | Pinnacle Business<br>Funding LLC | ☐ D _____<br>■ E/F   3.35<br>☐ G _____ |
| 2.7 | Katherine Quinn<br>16531 13th Ave W<br>Suite A102<br>Lynnwood, WA 98037-8500<br>Guarantor | American Express<br>Nat'l Bank | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Kate Quinn Organics, Inc.**        Case No.                   

                               Debtor(s)        Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Katherine Quinn**<br>**16531 13th Ave W**<br>**Suite A102**<br>**Lynnwood, WA 98037-8500** | **common shares** | **10,000 (100%)** | **shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 14, 2025**                    Signature    **/s/ Katherine Quinn**

                                                               **Katherine Quinn**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Kate Quinn Organics, Inc.**                                    Case No. _____

                            Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Katherine Quinn**<br>**16531 13th Ave W**<br>**Suite A102**<br>**Lynnwood, WA 98037-8500** | **common shares** | **10,000 (100%)** | **shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 14, 2025**                                    Signature    _Signed by:_ **Katherine Quinn**
                                                        1D79F1DF4D693466...

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**

**Eastern District of Washington**

In re   **Kate Quinn Organics, Inc.**      Case No. _____

                                  Debtor(s)      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 14, 2025**               **/s/ Katherine Quinn**

                                               **Katherine Quinn**/**CEO**

                                               Signer/Title

Docusign Envelope ID: 308CF9F1-B133-483F-904A-653ECE8A9D50

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Kate Quinn Organics, Inc.**                      Case No. _____

Debtor(s)            Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 14, 2025** _____

Signed by:

1979FDF4D693466

**Katherine Quinn**/**CEO**
Signer/Title

```
Kate Quinn Organics, Inc.
16531 13th Ave W
Suite A102
Lynnwood, WA 98037-8500


Jason Wax
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave  #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046
```

WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


Altus Receivables Management
2121 Airline Drive, Suite 520
Metairie, LA 70001


American Express
PO Box 60189
City of Industry, CA 91716-0189


American Express
Attn: Legal/Bankruptcy
43 Butterfield Circle
El Paso, TX 79906

American Express
Attn: Legal/Bankruptcy
PO Box 30384
Salt Lake City, UT 84130


American Express Nat'l Bank
Attn: Legal/Bankruptcy
PO Box 570622
Atlanta, GA 30357


American Express Nat'l Bank
c/o CT Corporation System
28 Liberty Street
New York, NY 10005


Arizona Dep't of Revenue
1600 W Monroe St.
Phoenix, AZ 85007


Arkansas Dep't of Revenue
aka Dep't of Finance & Admin.
1900 W 7th St., Room 1040
Little Rock, AR 72201


Auctane LLC dba ShipStation
4301 Bull Creek Rd.
Suite 300
Austin, TX 78731


Avalara, Inc.
255 S King Street, Suite 1800
Seattle, WA 98104-3320


Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118

Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28255


Ben Crudo Consulting Inc. dba DIFF
220-1435 rue Saint-Alexandre
Montreal, Quebec H3A 2G4
CANADA


Black Crow AI, Inc.
447 Broadway, 2nd Floor #382
New York, NY 10013


Block, Inc. dba Square
Attn: Legal/Bankruptcy
1955 Broadway, Suite 600
Oakland, CA 94612


C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347-5076


California Dep't of Revenue
aka CA Dep't of Tax & Fee Admin.
PO Box 942879
Sacramento, CA 94279


Capybara Capital, LLC
6501 Congress Avenue
Suite 340
Boca Raton, FL 33487


Capybara Capital, LLC
c/o Brian Kramer, P.A.
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487

CFG Merchant Solutions, LLC
180 Maiden Lane, 15th Floor
New York, NY 10038


CFT Clear Finance Technology Corp.
2810 N Church St #68100
Wilmington, DE 19802-4447


CFT Clear Finance Technology Corp.
1200-33 Yonge Street
Toronto, ON M5E 1G4
CANADA


City of Lynnwood
19100 44th Avenue W
Lynnwood, WA 98036


Clear Water Carpet Care, LLC
7001 Beverly Blvd.
Everett, WA 98203-5225


Colorado Dep't of Revenue
PO Box 17087
Denver, CO 80217-0087


Comcast Business
9602 S 300 W., Suite B
Sandy, UT 84070-3302


Connecticut Dep't of Revenue
450 Columbus Blvd. #1
Hartford, CT 06103


Convergence Northwest, LLC
1410 NW 49th Street
Seattle, WA 98107

Convergence Northwest, LLC
4252 SE International Way, Ste. A
Milwaukie, OR 97222-8822


Delta Dental of Washington
400 Fairview Ave N, #800
Seattle, WA 98109


Delta Dental of Washington
PO Box 75983
Seattle, WA 98175-0983


DHL eCommerce
2700 S Commerce Parkway
Suite 300
Weston, FL 33331


DocuSign, Inc.
999 3rd Ave., Suite 1000
Seattle, WA 98104


DocuSign, Inc.
221 Main Street, Suite 1550
San Francisco, CA 94105


eShopAdmin Inc.
1435 Saint-Alexandre Suite 220
Montreal, QC H3A 2G4
Canada


Essentia Funding
22 E Main St., Unit #250
Middletown, NY 10940


Essentia Funding
c/o Madeb Law PLLC
2433 Knapp St., Suite 203A
Brooklyn, NY 11235

First Choice Health
400 Westlake Ave N
Suite 1500
Seattle, WA 98109


Florida Dep't of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399-0100


Fox Funding Group LLC
803 S 21st Avenue
Hollywood, FL 33020


Fox Funding Group LLC
c/o Lieberman & Klestzik, LLP
381 Sunrise Hwy., 3rd Floor
Lynbrook, NY 11563


Frederick & Associates P.S.
17455 68th Ave. NE
Suite 304
Kenmore, WA 98028-3528


Google Play
1600 Amphitheatre Pkwy.
Mountain View, CA 94043


Hillis Clark Martin & Peterson
999 3rd Ave., Suite 4600
Seattle, WA 98104-4084


Icon Owner Pool I West, LLC
c/o Link Logistics Real Estate
90 Park Avenue, 32nd Floor
New York, NY 10016

Icon Owner Pool I West, LLC
c/o Link Logistics Real Estate
602 W Office Center Dr., Suite 200
Fort Washington, PA 19034


Icon Owner Pool I West, LLC
c/o Carney Badley Spellman, P.S.
701 5th Ave., Suite 3600
Seattle, WA 98104


Idaho Dep't of Revenue
PO Box 36
Boise, ID 83722-0410


Illinois Dep't of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


Internal Revenue Service
Centralized Insolvency Ops.
PO Box 7346
Philadelphia, PA 19101-7346


Iowa Dep't of Revenue
Hoover State Office Bldg, 1st Fl.
1305 E Walnut St.
Des Moines, IA 50319


JASCI LLC
44 Executive Blvd., Suite 200
Elmsford, NY 10523


Kansas Dep't of Revenue
PO Box 750260
Topeka, KS 66625-0260

Katherine Quinn
16531 13th Ave W
Suite A102
Lynnwood, WA 98037-8500


Klaviyo Inc.
125 Summer St., Floor 6
Boston, MA 02111


LG Funding LLC
1218 Union Street, Suite 2
Brooklyn, NY 11225


LG Funding LLC
c/o Lieberman & Klestzik, LLP
381 Sunrise Hwy., 3rd Floor
Lynbrook, NY 11563


Louisiana Dep't of Revenue
617 North Third Street
Baton Rouge, LA 70802


Lowe Graham Jones PLLC
1325 4th Ave., Suite 1130
Seattle, WA 98101


Maine Dep't of Revenue
PO Box 1067
Augusta, ME 04332-1067


Martha Lake Business Park, LLC
16531 13th Avenue W, Suite A-107
Lynnwood, WA 98037


Maryland Dep't of Revenue
PO Box 1829
Annapolis, MD 21404

Massachusetts Dep't of Revenue
PO Box 7003
Boston, MA 02204


Meta Platforms, Inc.
1 Meta Way
Menlo Park, CA 94025


Minnesota Dep't of Revenue
600 N Robert St.
St. Paul, MN 55146


Missouri Dep't of Revenue
301 W High Street
Jefferson City, MO 65101


Nebraska Dep't of Revenue
PO Box 94818
Lincoln, NE 68509-4818


Nevada Dep't of Revenue
3850 Arrowhead Drive
Carson City, NV 89706


New Jersey Dep't of Revenue
Division of Taxation
PO Box 999
Trenton, NJ 98646-0999


New Mexico Dep't of Revenue
Tax Compliance Bureau
PO Box 50129
Albuquerque, NM 87181-0129


North Beam, Inc.
222 North Pacific Coast Highway
Suite 2000
El Segundo, CA 90245

North Carolina Dep't of Revenue
PO Box 25000
Raleigh, NC 27640-0640


North Dakota Dep't of Revenue
Office of State Tax Commissioner
600 E Blvd. Ave., Dept. 127
Bismarck, ND 58505-0599


Northwest Security & Sound
PO Box 1592
Snohomish, WA 98291


Oat Financial, Inc.
55 Regent Street, Unit 2
Cambridge, MA 02140


Oat Financial, Inc.
c/o LegalInc Corp. Servs. Inc.
131 Continental Dr., Suite 305
Newark, DE 19713


Ouiby Inc. d/b/a Kickfurther
PO Box 21584
Boulder, CO 80308-4584


Ouiby Inc. d/b/a Kickfurther
Attn: Jackson Killion
1200 Pearl St., Suite 404
Boulder, CO 80302


PayPal Holdings, Inc.
2211 N 1st Street
San Jose, CA 95131


PayPal Holdings, Inc.
Attn: Legal, Re: Bankruptcy
PO Box 45950
Omaha, NE 68145-0950

Performance Systems Integration
7324 SW Durham Road
Portland, OR 97224


Pinnacle Business Funding LLC
1202 Avenue U, Suite 1115
Brooklyn, NY 11229


Postscript
3370 North Hayden Rd., Suite 123
Scottsdale, AZ 85251


Puget Sound Energy
PO Box 91269
Bellevue, WA 98009-9269


Puget Sound Energy
355 110th Ave. NE #EST-11
Bellevue, WA 98004-5862


Quench USA, Inc.
630 Allendale Road, Suite 200
King of Prussia, PA 19406


Redo Tech, Inc.
14761 Future Way, Suite 400
Draper, UT 84020-5326


Regence BlueShield
PO Box 1106
Lewiston, ID 83501


Regence BlueShield
1111 Lake Washington Blvd. N
Renton, WA 98056

Rhode Island Dep't of Revenue
One Capitol Hill
Providence, RI 02908


Rise AI eCommerce Solutions Ltd.
Wix.com Ltd.
100 Gansevoort Street
New York, NY 10014


Shopify Capital Inc.
151 O'Connor Street
Ottawa, ON K2P 2L8
CANADA


Shopify Capital Inc.
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219


Shopify Inc.
150 Elgin Street, 8th Floor
Ottawa, ON K2P 1L4
CANADA


Shopify Inc.
c/o CT Corporation System
1209 Orange Street
Wilmington, DE 19801


Snohomish County Assessor
3000 Rockefeller Ave.
M/S 510
Everett, WA 98201


Snohomish County PUD No. 1
2320 California Street
Everett, WA 98201

Sound Benefit Administration, Inc.
18887 State Hwy 305 NE
Suite 600
Poulsbo, WA 98370-7462


South Dakota Dep't of Revenue
445 E Capitol Ave.
Pierre, SD 57501-3185


Stamped.io
6608 N Western Ave. #2007
Oklahoma City, OK 73116


Tennessee Dep't of Revenue
Andrew Jackson Bldg.
500 Deaderick Street
Nashville, TN 37242


Texas Dep't of Revenue
Texas Comptroller
PO Box 13528, Capitol Station
Austin, TX 78711-3528


U.S. Small Business Admin.
Legal Dept.
2401 Fourth Avenue, Suite 400
Seattle, WA 98121


U.S. Small Business Admin.
CESC – COVID EIDL Service Ctr.
14925 Kingsport Road
Fort Worth, TX 76155


Unique Quiambo
c/o Hillis Clark Martin & Peterson
999 Third Avenue, Suite 4600
Seattle, WA 98104

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328


UPS Supply Chain Solutions, Inc.
12380 Morris Road
Alpharetta, GA 30005


Vermont Dep't of Revenue
PO Box 1881
Montpelier, VT 05601-1881


Villa Insurance Group
PO Box 13587
Mill Creek, WA 98082


Virginia Dep't of Revenue
PO Box 1880
Richmond, VA 23218


VSP Vision Care, Inc.
600 University Street, Suite 2004
Seattle, WA 98101-1129


WA Dep't of Labor & Industries
Attn: Collections
PO Box 44171
Olympia, WA 98504-4171


WA Employment Security Dep't
PO Box 9046
Olympia, WA 98507-9046


WA State Dep't of Revenue
Bankruptcy/Claims Unit
2101 Fourth Avenue, Suite 1400
Seattle, WA 98121-2300

```
West Virginia Dep't of Revenue
Taxpayer Services
1001 Lee Street E
Charleston, WV 25301


Wisconsin Dep't of Revenue
PO Box 8921
Madison, WI 53708-8921


Wyoming Dep't of Revenue
Excise Tax Division
122 W 25th St #E301
Cheyenne, WY 82002
```

# United States Bankruptcy Court
## Eastern District of Washington

In re __Kate Quinn Organics, Inc.__ _____

Debtor(s)

Case No. _____

Chapter __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Kate Quinn Organics, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 14, 2025__ _____

Date

/s/ Jason Wax _____

**Jason Wax**

Signature of Attorney or Litigant

Counsel for __Kate Quinn Organics, Inc.__ _____

**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**
**jwax@bskd.com**