JASON WAX (WSBA #41944)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Emails: jwax@bskd.com, rkeeton@bskd.com

HONORABLE FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>KATE QUINN ORGANICS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-00445-FPC11<br><br>**NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS TO DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION** |

**PLEASE TAKE NOTICE** that, on July 12, 2025, Kate Quinn Organics, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case, filed its *Disclosure Statement for Plan of Reorganization* [ECF No. 93] (the "Disclosure Statement"). The Disclosure Statement indicates that Exhibits A, B, and C would be supplemented.

**PLEASE TAKE FURTHER NOTICE** that attached hereto are: Exhibit A (Debtor's Projections for 2025 through 2030), Exhibit B (Assumptions Underlying the Projections), and Exhibit C (Liquidation Analysis) to the Disclosure Statement.

DATED this 14th day of July, 2025.

BUSH KORNFELD LLP

By  */s/ Richard B. Keeton*
  Jason Wax, WSBA #41944
  Richard B. Keeton, WSBA #51537
  *Attorneys for Debtor-in-Possession*

NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS TO DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2870 ig14em01pj

25-00445-FPC11    Doc 94    Filed 07/14/25    Entered 07/14/25 15:27:00    Pg 1 of 14

# EXHIBIT A

**Debtor's Projections for 2025 through 2030**

**Kate Quinn Organics, Inc.**
**Cash Forecast**
Trended Cashflow
*For Management Use Only*

| | Actual 1/31/2025 | Actual 2/28/2025 | Actual 3/31/2025 | Actual 4/30/2025 | Actual 5/31/2025 | Actual 6/30/2025 | Forecast 7/31/2025 (Est. Plan Confirmation) | Forecast 8/31/2025 | Forecast 9/30/2025 | Forecast 10/31/2025 | Forecast 11/30/2025 | Forecast 12/31/2025 | Forecast Total FY25 | % Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | | | | | | $ 468,343 | $ 418,800 | $ 470,100 | $ 544,000 | $ 600,800 | $ 514,100 | | | |
| **Income** | | | | | | | | | | | | | | |
| Deposits | 884,833 | 596,091 | 719,668 | 1,083,593 | 663,322 | 692,073 | 814,600 | 1,212,700 | 1,000,200 | 1,065,400 | 789,200 | 998,700 | 10,520,379 | 103% |
| Processing Fees | (105,087) | (9,163) | (3,455) | (25,472) | (27,122) | (16,586) | (18,500) | (27,600) | (22,700) | (24,200) | (17,900) | (22,700) | (320,484) | -3% |
| **Income** | **779,746** | **586,928** | **716,213** | **1,058,121** | **636,200** | **675,487** | **796,100** | **1,185,100** | **977,500** | **1,041,200** | **771,300** | **976,000** | **10,199,895** | **100%** |
| **COGS** | | | | | | | | | | | | | | |
| Inventory Purchases | 365,911 | 219,095 | 365,278 | 538,526 | 363,627 | 212,371 | 243,200 | 443,600 | 363,500 | 305,700 | 384,700 | 312,600 | 4,118,109 | 40% |
| 3PL | - | - | - | - | - | 99,345 | 100,800 | 216,200 | 153,100 | 180,700 | 69,800 | 182,300 | 1,002,245 | 10% |
| **COGS** | **365,911** | **219,095** | **365,278** | **538,526** | **363,627** | **311,716** | **344,000** | **659,800** | **516,600** | **486,400** | **454,500** | **494,900** | **5,120,354** | **50%** |
| **Gross Profit** | **413,835** | **367,833** | **350,935** | **519,595** | **272,572** | **363,771** | **452,100** | **525,300** | **460,900** | **554,800** | **316,800** | **481,100** | **5,079,541** | **50%** |
| % of Income | 53% | 63% | 49% | 49% | 43% | 54% | 57% | 44% | 47% | 53% | 41% | 49% | 50% | |
| **Expenses** | | | | | | | | | | | | | | |
| **Payroll Expenses** | | | | | | | | | | | | | | |
| Wages | 208,255 | 216,124 | 126,897 | 206,245 | 234,709 | 122,311 | 132,800 | 122,300 | 122,300 | 132,800 | 122,300 | 122,300 | 1,869,340 | 18% |
| 401k Match / Profit Sharing | 11,730 | 9,633 | - | 7,621 | - | - | 9,900 | 3,100 | 3,100 | 3,300 | 3,100 | 3,100 | 54,584 | 1% |
| Employee Benefits | 21,296 | 347 | 28,189 | 20,999 | 11,773 | 17,462 | 16,700 | 16,700 | 16,700 | 16,700 | 16,700 | 16,700 | 200,266 | 2% |
| **Payroll Expenses** | **241,281** | **226,104** | **155,086** | **234,865** | **246,482** | **139,773** | **159,400** | **142,100** | **142,100** | **152,800** | **142,100** | **142,100** | **2,124,190** | **21%** |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Advertising & Marketing | 12,671 | 56,901 | 32,201 | 34,309 | 51,515 | 61,615 | 60,000 | 117,500 | 101,100 | 85,200 | 80,600 | 96,600 | 790,212 | 8% |
| Facilities | 4,765 | 98,154 | 5,982 | 45,618 | 3,636 | 13,265 | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 214,621 | 2% |
| Professional Fees | 2,749 | 800 | - | - | - | - | - | - | - | - | 7,500 | 7,500 | 18,549 | 0% |
| General & Administrative | 51,640 | 25,316 | (5,190) | 1,575 | 6,516 | 10,442 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 186,299 | 2% |
| Office Expense | 2,400 | (2,192) | - | 1,615 | 3,693 | 2,934 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 24,650 | 0% |
| Software & Equipment | 19,249 | 16,312 | 6,344 | 10,293 | 5,531 | 4,414 | 6,700 | 6,700 | 6,700 | 6,700 | 6,700 | 6,700 | 102,344 | 1% |
| Insurance | 7,202 | 794 | 14,274 | 1,063 | 1,399 | 170 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 32,102 | 0% |
| Sales Tax | - | - | - | 40,466 | - | - | 120,700 | 120,600 | 50,000 | 53,300 | 39,500 | 49,900 | 474,466 | 5% |
| **Operating Expenses** | **100,676** | **196,085** | **53,611** | **134,940** | **72,290** | **92,839** | **214,500** | **271,900** | **184,900** | **172,300** | **161,400** | **187,800** | **1,843,241** | **18%** |
| **Finance and Admin** | **122,864** | **20,083** | **804** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **143,751** | **1%** |
| **Total Expenses** | **464,822** | **442,271** | **209,501** | **369,805** | **318,771** | **232,612** | **373,900** | **414,000** | **327,000** | **325,100** | **303,500** | **329,900** | **4,111,182** | **40%** |
| **Other Income/Expense** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **0%** |
| **Bankruptcy Expenses** | - | | | | | | | | | | | | | |
| Trustee Fees | - | - | - | - | 2,047 | - | 17,700 | - | - | 22,900 | - | - | 42,647 | 0% |
| Adequate Protection Payments | - | - | - | 10,000 | - | 10,000 | 10,000 | 10,000 | 10,000 | - | - | - | 50,000 | 0% |
| Professional Fund | - | - | 30,000 | 1,821 | 50,000 | - | 100,000 | 50,000 | 50,000 | 50,000 | - | - | 331,821 | 3% |
| Plan Payments | | | | | | | | | | | | | | |
| SBA Claim | | | | | | | | | | 2,700 | 2,700 | 2,700 | 8,100 | 0% |
| Priority Tax Claims | | | | | | | | | | 7,300 | 7,300 | 7,300 | 21,900 | 0% |
| Unsecured Claims | | | | | | | | | | 90,000 | 90,000 | 90,000 | 270,000 | 3% |
| Excess Cash Payment | | | | - | - | - | - | - | - | - | - | - | - | 0% |
| **Bankruptcy Expenses** | **-** | **-** | **30,000** | **11,821** | **52,047** | **10,000** | **127,700** | **60,000** | **60,000** | **172,900** | **100,000** | **100,000** | **724,468** | **7%** |
| **Net Income** | **(50,987)** | **(74,439)** | **111,434** | **137,969** | **(98,246)** | **121,160** | **(49,500)** | **51,300** | **73,900** | **56,800** | **(86,700)** | **51,200** | **968,359** | **9%** |
| **Total Cash Flow:** | **6,361,703** | **(48,802)** | **111,434** | **137,969** | **(98,246)** | **121,160** | **(49,500)** | **51,300** | **73,900** | **56,800** | **(86,700)** | **51,200** | **7,406,686** | **73%** |
| **Ending Cash Balance** | | | | | | **468,343** | **418,800** | **470,100** | **544,000** | **600,800** | **514,100** | **565,300** | | |

**Kate Quinn Organics, Inc.**
**Cash Forecast**
**Trended Cashflow**
*For Management Use Only*

| | Forecast 1/31/2026 | Forecast 2/28/2026 | Forecast 3/31/2026 | Forecast 4/30/2026 | Forecast 5/31/2026 | Forecast 6/30/2026 | Forecast 7/31/2026 | Forecast 8/31/2026 | Forecast 9/30/2026 | Forecast 10/31/2026 | Forecast 11/30/2026 | Forecast 12/31/2026 | Forecast Total FY26 | % Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $ 565,300 | $ 545,000 | $ 430,200 | $ 369,100 | $ 455,000 | $ 369,400 | $ 296,300 | $ 264,800 | $ 417,900 | $ 478,600 | $ 556,300 | $ 525,300 | | |
| **Income** | | | | | | | | | | | | | | |
| Deposits | 911,400 | 614,000 | 741,300 | 1,116,100 | 683,200 | 712,800 | 839,000 | 1,249,100 | 1,030,200 | 1,097,400 | 812,900 | 1,028,700 | 10,836,100 | 102% |
| Processing Fees | (20,700) | (13,900) | (16,800) | (25,300) | (15,500) | (16,200) | (19,100) | (28,400) | (23,400) | (24,900) | (18,500) | (23,400) | (246,100) | -2% |
| **Income** | 890,700 | 600,100 | 724,500 | 1,090,800 | 667,700 | 696,600 | 819,900 | 1,220,700 | 1,006,800 | 1,072,500 | 794,400 | 1,005,300 | 10,590,000 | 100% |
| **COGS** | | | | | | | | | | | | | | |
| Inventory Purchases | 319,000 | 214,900 | 259,500 | 390,600 | 239,100 | 249,500 | 293,700 | 437,200 | 360,600 | 384,100 | 284,500 | 360,000 | 3,792,700 | 36% |
| 3PL | 141,300 | 95,200 | 114,900 | 173,000 | 105,900 | 110,500 | 130,000 | 193,600 | 159,700 | 170,100 | 126,000 | 159,400 | 1,679,600 | 16% |
| **COGS** | 460,300 | 310,100 | 374,400 | 563,600 | 345,000 | 360,000 | 423,700 | 630,800 | 520,300 | 554,200 | 410,500 | 519,400 | 5,472,300 | 52% |
| **Gross Profit** | 430,400 | 290,000 | 350,100 | 527,200 | 322,700 | 336,600 | 396,200 | 589,900 | 486,500 | 518,300 | 383,900 | 485,900 | 5,117,700 | 48% |
| % of Income | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | |
| **Expenses** | | | | | | | | | | | | | | |
| **Payroll Expenses** | | | | | | | | | | | | | | |
| Wages | 150,300 | 139,200 | 139,200 | 150,300 | 139,200 | 139,200 | 150,300 | 139,200 | 139,200 | 150,300 | 139,200 | 139,200 | 1,714,800 | 16% |
| 401k Match / Profit Sharing | 3,800 | 3,500 | 3,500 | 3,800 | 3,500 | 3,500 | 3,800 | 3,500 | 3,500 | 3,800 | 3,500 | 3,500 | 43,200 | 0% |
| Employee Benefits | 19,700 | 19,700 | 19,700 | 19,700 | 19,700 | 19,700 | 19,700 | 19,700 | 19,700 | 19,700 | 19,700 | 19,700 | 236,400 | 2% |
| **Payroll Expenses** | 173,800 | 162,400 | 162,400 | 173,800 | 162,400 | 162,400 | 173,800 | 162,400 | 162,400 | 173,800 | 162,400 | 162,400 | 1,994,400 | 19% |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Advertising & Marketing | 69,100 | 69,100 | 69,100 | 69,100 | 69,100 | 69,100 | 69,100 | 69,100 | 69,100 | 69,100 | 69,100 | 69,100 | 829,200 | 8% |
| Facilities | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 87,600 | 1% |
| Professional Fees | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 90,000 | 1% |
| General & Administrative | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 201,600 | 2% |
| Office Expense | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 33,600 | 0% |
| Software & Equipment | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 84,000 | 1% |
| Insurance | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 15,600 | 0% |
| Sales Tax | 45,600 | 30,700 | 37,100 | 55,800 | 34,200 | 35,600 | 42,000 | 62,500 | 51,500 | 54,900 | 40,600 | 51,400 | 541,900 | 5% |
| **Operating Expenses** | 157,300 | 142,400 | 148,800 | 167,500 | 145,900 | 147,300 | 153,900 | 174,400 | 163,400 | 166,800 | 152,500 | 163,300 | 1,883,500 | 18% |
| **Finance and Admin** | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Total Expenses** | 331,100 | 304,800 | 311,200 | 341,300 | 308,300 | 309,700 | 327,700 | 336,800 | 325,800 | 340,600 | 314,900 | 325,700 | 3,877,900 | 37% |
| **Other Income/Expense** | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Bankruptcy Expenses** | | | | | | | | | | | | | | |
| Trustee Fees | 19,600 | - | - | - | - | - | - | - | - | - | - | - | 19,600 | 0% |
| Adequate Protection Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Professional Fund | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Plan Payments | | | | | | | | | | | | | | |
| SBA Claim | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 32,400 | 0% |
| Priority Tax Claims | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 87,600 | 1% |
| Unsecured Claims | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 1,080,000 | 10% |
| Excess Cash Payment | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Bankruptcy Expenses** | 119,600 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 1,219,600 | 12% |
| **Net Income** | (20,300) | (114,800) | (61,100) | 85,900 | (85,600) | (73,100) | (31,500) | 153,100 | 60,700 | 77,700 | (31,000) | 60,200 | 1,239,800 | 12% |
| **Total Cash Flow:** | (20,300) | (114,800) | (61,100) | 85,900 | (85,600) | (73,100) | (31,500) | 153,100 | 60,700 | 77,700 | (31,000) | 60,200 | 1,239,800 | 12% |
| **Ending Cash Balance** | 545,000 | 430,200 | 369,100 | 455,000 | 369,400 | 296,300 | 264,800 | 417,900 | 478,600 | 556,300 | 525,300 | 585,500 | | |

**Kate Quinn Organics, Inc.**
**Cash Forecast**
Trended Cashflow
*For Management Use Only*

| | Forecast 1/31/2027 | Forecast 2/28/2027 | Forecast 3/31/2027 | Forecast 4/30/2027 | Forecast 5/31/2027 | Forecast 6/30/2027 | Forecast 7/31/2027 | Forecast 8/31/2027 | Forecast 9/30/2027 | Forecast 10/31/2027 | Forecast 11/30/2027 | Forecast 12/31/2027 | Forecast Total FY27 | % Rev |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Beginning Cash | $ 585,500 | $ 582,400 | $ 461,700 | $ 396,300 | $ 482,100 | $ 391,400 | $ 313,600 | $ 278,700 | $ 434,100 | $ 494,100 | $ 571,600 | $ 537,100 | | |
| **Income** | | | | | | | | | | | | | | |
| Deposits | 938,700 | 632,400 | 763,500 | 1,149,600 | 703,700 | 734,200 | 864,200 | 1,286,600 | 1,061,100 | 1,130,300 | 837,300 | 1,059,600 | 11,161,200 | 102% |
| Processing Fees | (21,300) | (14,400) | (17,400) | (26,100) | (16,000) | (16,700) | (19,600) | (29,200) | (24,100) | (25,700) | (19,000) | (24,100) | (253,600) | -2% |
| **Income** | **917,400** | **618,000** | **746,100** | **1,123,500** | **687,700** | **717,500** | **844,600** | **1,257,400** | **1,037,000** | **1,104,600** | **818,300** | **1,035,500** | **10,907,600** | **100%** |
| **COGS** | | | | | | | | | | | | | | |
| Inventory Purchases | 328,500 | 221,300 | 267,200 | 402,400 | 246,300 | 257,000 | 302,500 | 450,300 | 371,400 | 395,600 | 293,100 | 370,900 | 3,906,500 | 36% |
| 3PL | 145,500 | 98,000 | 118,300 | 178,200 | 109,100 | 113,800 | 134,000 | 199,400 | 164,500 | 175,200 | 129,800 | 164,200 | 1,730,000 | 16% |
| **COGS** | **474,000** | **319,300** | **385,500** | **580,600** | **355,400** | **370,800** | **436,500** | **649,700** | **535,900** | **570,800** | **422,900** | **535,100** | **5,636,500** | **52%** |
| **Gross Profit** | **443,400** | **298,700** | **360,600** | **542,900** | **332,300** | **346,700** | **408,100** | **607,700** | **501,100** | **533,800** | **395,400** | **500,400** | **5,271,100** | **48%** |
| % of Income | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | |
| **Expenses** | | | | | | | | | | | | | | |
| **Payroll Expenses** | | | | | | | | | | | | | | |
| Wages | 157,800 | 146,200 | 146,200 | 157,800 | 146,200 | 146,200 | 157,800 | 146,200 | 146,200 | 157,800 | 146,200 | 146,200 | 1,800,800 | 17% |
| 401k Match / Profit Sharing | 3,900 | 3,700 | 3,700 | 3,900 | 3,700 | 3,700 | 3,900 | 3,700 | 3,700 | 3,900 | 3,700 | 3,700 | 45,200 | 0% |
| Employee Benefits | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 20,700 | 248,400 | 2% |
| **Payroll Expenses** | **182,400** | **170,600** | **170,600** | **182,400** | **170,600** | **170,600** | **182,400** | **170,600** | **170,600** | **182,400** | **170,600** | **170,600** | **2,094,400** | **19%** |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Advertising & Marketing | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 871,200 | 8% |
| Facilities | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,600 | 7,600 | 7,600 | 7,600 | 7,600 | 7,600 | 90,000 | 1% |
| Professional Fees | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 94,800 | 1% |
| General & Administrative | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 | 17,600 | 211,200 | 2% |
| Office Expense | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 34,800 | 0% |
| Software & Equipment | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 7,400 | 88,800 | 1% |
| Insurance | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 16,800 | 0% |
| Sales Tax | 46,900 | 31,600 | 38,200 | 57,500 | 35,200 | 36,700 | 43,200 | 64,300 | 53,100 | 56,500 | 41,900 | 53,000 | 558,100 | 5% |
| **Operating Expenses** | **164,100** | **148,800** | **155,400** | **174,700** | **152,400** | **153,900** | **160,600** | **181,700** | **170,500** | **173,900** | **159,300** | **170,400** | **1,965,700** | **18%** |
| **Finance and Admin** | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Total Expenses** | **346,500** | **319,400** | **326,000** | **357,100** | **323,000** | **324,500** | **343,000** | **352,300** | **341,100** | **356,300** | **329,900** | **341,000** | **4,060,100** | **37%** |
| **Other Income/Expense** | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Bankruptcy Expenses** | | | | | | | | | | | | | | |
| Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Adequate Protection Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Professional Fund | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Plan Payments | | | | | | | | | | | | | | |
| SBA Claim | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 32,400 | 0% |
| Priority Tax Claims | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 87,600 | 1% |
| Unsecured Claims | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 1,080,000 | 10% |
| Excess Cash Payment | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Bankruptcy Expenses** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **1,200,000** | **11%** |
| **Net Income** | **(3,100)** | **(120,700)** | **(65,400)** | **85,800** | **(90,700)** | **(77,800)** | **(34,900)** | **155,400** | **60,000** | **77,500** | **(34,500)** | **59,400** | **1,211,000** | **11%** |
| **Total Cash Flow:** | **(3,100)** | **(120,700)** | **(65,400)** | **85,800** | **(90,700)** | **(77,800)** | **(34,900)** | **155,400** | **60,000** | **77,500** | **(34,500)** | **59,400** | **1,211,000** | **11%** |
| **Ending Cash Balance** | **582,400** | **461,700** | **396,300** | **482,100** | **391,400** | **313,600** | **278,700** | **434,100** | **494,100** | **571,600** | **537,100** | **596,500** | | |

25-00445-FPC11    Doc 94    Filed 07/14/25    Entered 07/14/25 15:27:00    Pg 5 of 14

**Kate Quinn Organics, Inc.**
**Cash Forecast**
Trended Cashflow
*For Management Use Only*

| | Forecast 1/31/2028 | Forecast 2/29/2028 | Forecast 3/31/2028 | Forecast 4/30/2028 | Forecast 5/31/2028 | Forecast 6/30/2028 | Forecast 7/31/2028 | Forecast 8/31/2028 | Forecast 9/30/2028 | Forecast 10/31/2028 | Forecast 11/30/2028 | Forecast 12/31/2028 | Forecast Total FY28 | % Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $ 596,500 | $ 594,000 | $ 470,700 | $ 404,500 | $ 493,800 | $ 401,600 | $ 322,600 | $ 287,500 | $ 448,600 | $ 511,700 | $ 592,200 | $ 557,900 | | |
| **Income** | | | | | | | | | | | | | | |
| Deposits | 966,900 | 651,400 | 786,400 | 1,184,100 | 724,800 | 756,200 | 890,100 | 1,325,200 | 1,092,900 | 1,164,200 | 862,400 | 1,091,400 | 11,496,000 | 102% |
| Processing Fees | (22,000) | (14,800) | (17,900) | (26,900) | (16,500) | (17,200) | (20,200) | (30,100) | (24,800) | (26,500) | (19,600) | (24,800) | (261,300) | -2% |
| **Income** | **944,900** | **636,600** | **768,500** | **1,157,200** | **708,300** | **739,000** | **869,900** | **1,295,100** | **1,068,100** | **1,137,700** | **842,800** | **1,066,600** | **11,234,700** | **100%** |
| **COGS** | | | | | | | | | | | | | | |
| Inventory Purchases | 338,400 | 228,000 | 275,200 | 414,400 | 253,700 | 264,700 | 311,500 | 463,800 | 382,500 | 407,500 | 301,800 | 382,000 | 4,023,500 | 36% |
| 3PL | 149,900 | 101,000 | 121,900 | 183,500 | 112,300 | 117,200 | 138,000 | 205,400 | 169,400 | 180,500 | 133,700 | 169,200 | 1,782,000 | 16% |
| **COGS** | **488,300** | **329,000** | **397,100** | **597,900** | **366,000** | **381,900** | **449,500** | **669,200** | **551,900** | **588,000** | **435,500** | **551,200** | **5,805,500** | **52%** |
| **Gross Profit** | **456,600** | **307,600** | **371,400** | **559,300** | **342,300** | **357,100** | **420,400** | **625,900** | **516,200** | **549,700** | **407,300** | **515,400** | **5,429,200** | **48%** |
| % of Income | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | |
| **Expenses** | | | | | | | | | | | | | | |
| **Payroll Expenses** | | | | | | | | | | | | | | |
| Wages | 165,700 | 153,500 | 153,500 | 165,700 | 153,500 | 153,500 | 165,700 | 153,500 | 153,500 | 165,700 | 153,500 | 153,500 | 1,890,800 | 17% |
| 401k Match / Profit Sharing | 4,100 | 3,800 | 3,800 | 4,100 | 3,800 | 3,800 | 4,100 | 3,800 | 3,800 | 4,100 | 3,800 | 3,800 | 46,800 | 0% |
| Employee Benefits | 21,700 | 21,700 | 21,700 | 21,700 | 21,700 | 21,700 | 21,700 | 21,700 | 21,700 | 21,700 | 21,700 | 21,700 | 260,400 | 2% |
| **Payroll Expenses** | **191,500** | **179,000** | **179,000** | **191,500** | **179,000** | **179,000** | **191,500** | **179,000** | **179,000** | **191,500** | **179,000** | **179,000** | **2,198,000** | **20%** |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Advertising & Marketing | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 72,600 | 871,200 | 8% |
| Facilities | 7,600 | 7,600 | 7,600 | 7,600 | 7,600 | 7,600 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 92,400 | 1% |
| Professional Fees | 8,300 | 8,300 | 8,300 | 8,300 | 8,300 | 8,300 | 8,300 | 8,300 | 8,300 | 8,300 | 8,300 | 8,300 | 99,600 | 1% |
| General & Administrative | 18,500 | 18,500 | 18,500 | 18,500 | 18,500 | 18,500 | 18,500 | 18,500 | 18,500 | 18,500 | 18,500 | 18,500 | 222,000 | 2% |
| Office Expense | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 | 0% |
| Software & Equipment | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 93,600 | 1% |
| Insurance | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 | 0% |
| Sales Tax | 48,300 | 32,600 | 39,300 | 59,200 | 36,200 | 37,800 | 44,500 | 66,300 | 54,600 | 58,200 | 43,100 | 19,100 | 539,200 | 5% |
| **Operating Expenses** | **167,600** | **151,900** | **158,600** | **178,500** | **155,500** | **157,100** | **164,000** | **185,800** | **174,100** | **177,700** | **162,600** | **138,600** | **1,972,000** | **18%** |
| **Finance and Admin** | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Total Expenses** | **359,100** | **330,900** | **337,600** | **370,000** | **334,500** | **336,100** | **355,500** | **364,800** | **353,100** | **369,200** | **341,600** | **317,600** | **4,170,000** | **37%** |
| **Other Income/Expense** | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Bankruptcy Expenses** | | | | | | | | | | | | | | |
| Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Adequate Protection Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Professional Fund | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Plan Payments | | | | | | | | | | | | | | |
| SBA Claim | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 32,400 | 0% |
| Priority Tax Claims | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 87,600 | 1% |
| Unsecured Claims | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 1,080,000 | 10% |
| Excess Cash Payment | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Bankruptcy Expenses** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **1,200,000** | **11%** |
| **Net Income** | **(2,500)** | **(123,300)** | **(66,200)** | **89,300** | **(92,200)** | **(79,000)** | **(35,100)** | **161,100** | **63,100** | **80,500** | **(34,300)** | **97,800** | **1,259,200** | **11%** |
| **Total Cash Flow:** | **(2,500)** | **(123,300)** | **(66,200)** | **89,300** | **(92,200)** | **(79,000)** | **(35,100)** | **161,100** | **63,100** | **80,500** | **(34,300)** | **97,800** | **1,259,200** | **11%** |
| **Ending Cash Balance** | 594,000 | 470,700 | 404,500 | 493,800 | 401,600 | 322,600 | 287,500 | 448,600 | 511,700 | 592,200 | 557,900 | 655,700 | | |

**Kate Quinn Organics, Inc.**
**Cash Forecast**
**Trended Cashflow**
*For Management Use Only*

| | Forecast 1/31/2029 | Forecast 2/28/2029 | Forecast 3/31/2029 | Forecast 4/30/2029 | Forecast 5/31/2029 | Forecast 6/30/2029 | Forecast 7/31/2029 | Forecast 8/31/2029 | Forecast 9/30/2029 | Forecast 10/31/2029 | Forecast 11/30/2029 | Forecast 12/31/2029 | Forecast Total FY29 | % Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $ 655,700 | $ 649,900 | $ 520,400 | $ 449,600 | $ 538,600 | $ 441,000 | $ 357,200 | $ 300,000 | $ 463,300 | $ 525,600 | $ 605,600 | $ 567,700 | | |
| **Income** | | | | | | | | | | | | | | |
| Deposits | 995,900 | 670,900 | 810,000 | 1,219,600 | 746,500 | 778,900 | 916,800 | 1,365,000 | 1,125,700 | 1,199,100 | 888,300 | 1,124,100 | 11,840,800 | 102% |
| Processing Fees | (22,600) | (15,300) | (18,400) | (27,700) | (17,000) | (17,700) | (20,800) | (31,000) | (25,600) | (27,300) | (20,200) | (25,600) | (269,200) | -2% |
| **Income** | **973,300** | **655,600** | **791,600** | **1,191,900** | **729,500** | **761,200** | **896,000** | **1,334,000** | **1,100,100** | **1,171,800** | **868,100** | **1,098,500** | **11,571,600** | **100%** |
| **COGS** | | | | | | | | | | | | | | |
| Inventory Purchases | 348,600 | 234,800 | 283,500 | 426,900 | 261,300 | 272,600 | 320,900 | 477,800 | 394,000 | 419,700 | 310,900 | 393,400 | 4,144,400 | 36% |
| 3PL | 154,400 | 104,000 | 125,600 | 189,000 | 115,700 | 120,700 | 142,100 | 211,600 | 174,500 | 185,900 | 137,700 | 174,200 | 1,835,400 | 16% |
| **COGS** | **503,000** | **338,800** | **409,100** | **615,900** | **377,000** | **393,300** | **463,000** | **689,400** | **568,500** | **605,600** | **448,600** | **567,600** | **5,979,800** | **52%** |
| **Gross Profit** | **470,300** | **316,800** | **382,500** | **576,000** | **352,500** | **367,900** | **433,000** | **644,600** | **531,600** | **566,200** | **419,500** | **530,900** | **5,591,800** | **48%** |
| % of Income | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | |
| **Expenses** | | | | | | | | | | | | | | |
| **Payroll Expenses** | | | | | | | | | | | | | | |
| Wages | 174,000 | 161,200 | 161,200 | 174,000 | 161,200 | 161,200 | 174,000 | 161,200 | 161,200 | 174,000 | 161,200 | 161,200 | 1,985,600 | 17% |
| 401k Match / Profit Sharing | 4,400 | 4,000 | 4,000 | 4,400 | 4,000 | 4,000 | 4,400 | 4,000 | 4,000 | 4,400 | 4,000 | 4,000 | 49,600 | 0% |
| Employee Benefits | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 273,600 | 2% |
| **Payroll Expenses** | **201,200** | **188,000** | **188,000** | **201,200** | **188,000** | **188,000** | **201,200** | **188,000** | **188,000** | **201,200** | **188,000** | **188,000** | **2,308,800** | **20%** |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Advertising & Marketing | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 914,400 | 8% |
| Facilities | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 94,800 | 1% |
| Professional Fees | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 104,400 | 1% |
| General & Administrative | 19,400 | 19,400 | 19,400 | 19,400 | 19,400 | 19,400 | 19,400 | 19,400 | 19,400 | 19,400 | 19,400 | 19,400 | 232,800 | 2% |
| Office Expense | 3,200 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,200 | 0% |
| Software & Equipment | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 98,400 | 1% |
| Insurance | 1,600 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,100 | 0% |
| Sales Tax | 49,800 | 33,500 | 40,500 | 61,000 | 37,300 | 38,900 | 45,800 | 68,300 | 56,300 | 60,000 | 44,400 | 56,200 | 592,000 | 5% |
| **Operating Expenses** | **174,900** | **158,300** | **165,300** | **185,800** | **162,100** | **163,700** | **170,800** | **193,300** | **181,300** | **185,000** | **169,400** | **181,200** | **2,091,100** | **18%** |
| **Finance and Admin** | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Total Expenses** | **376,100** | **346,300** | **353,300** | **387,000** | **350,100** | **351,700** | **372,000** | **381,300** | **369,300** | **386,200** | **357,400** | **369,200** | **4,399,900** | **38%** |
| **Other Income/Expense** | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Bankruptcy Expenses** | | | | | | | | | | | | | | |
| Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Adequate Protection Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Professional Fund | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Plan Payments | | | | | | | | | | | | | | |
| SBA Claim | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 32,400 | 0% |
| Priority Tax Claims | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 87,600 | 1% |
| Unsecured Claims | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 1,080,000 | 9% |
| Excess Cash Payment | - | - | - | - | - | - | 18,200 | - | - | - | - | - | 18,200 | 0% |
| **Bankruptcy Expenses** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **118,200** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **1,218,200** | **11%** |
| **Net Income** | **(5,800)** | **(129,500)** | **(70,800)** | **89,000** | **(97,600)** | **(83,800)** | **(57,200)** | **163,300** | **62,300** | **80,000** | **(37,900)** | **61,700** | **1,191,900** | **10%** |
| **Total Cash Flow:** | **(5,800)** | **(129,500)** | **(70,800)** | **89,000** | **(97,600)** | **(83,800)** | **(57,200)** | **163,300** | **62,300** | **80,000** | **(37,900)** | **61,700** | **1,191,900** | **10%** |
| **Ending Cash Balance** | **649,900** | **520,400** | **449,600** | **538,600** | **441,000** | **357,200** | **300,000** | **463,300** | **525,600** | **605,600** | **567,700** | **629,400** | | |

**Kate Quinn Organics, Inc.**
**Cash Forecast**
**Trended Cashflow**
*For Management Use Only*

| | Forecast 1/31/2030 | Forecast 2/28/2030 | Forecast 3/31/2030 | Forecast 4/30/2030 | Forecast 5/31/2030 | Forecast 6/30/2030 | Forecast 7/31/2030 | Forecast 8/31/2030 | Forecast 9/30/2030 | Forecast 10/31/2030 | Forecast 11/30/2030 | Forecast 12/31/2030 | Forecast Total FY30 | % Rev |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Beginning Cash | $ 629,400 | $ 625,800 | $ 494,800 | $ 432,700 | $ 535,500 | $ 445,800 | $ 370,100 | $ 300,000 | $ 479,100 | $ 554,100 | $ 647,800 | $ 619,600 | | |
| **Income** | | | | | | | | | | | | | | |
| Deposits | 1,025,800 | 691,000 | 834,300 | 1,256,200 | 768,900 | 802,300 | 944,300 | 1,406,000 | 1,159,500 | 1,235,100 | 914,900 | 1,157,800 | 12,196,100 | 102% |
| Processing Fees | (23,300) | (15,700) | (19,000) | (28,600) | (17,500) | (18,300) | (21,500) | (32,000) | (26,400) | (28,100) | (20,800) | (26,400) | (277,600) | -2% |
| **Income** | **1,002,500** | **675,300** | **815,300** | **1,227,600** | **751,400** | **784,000** | **922,800** | **1,374,000** | **1,133,100** | **1,207,000** | **894,100** | **1,131,400** | **11,918,500** | **100%** |
| **COGS** | | | | | | | | | | | | | | |
| Inventory Purchases | 359,000 | 241,900 | 292,000 | 439,700 | 269,100 | 280,800 | 330,500 | 492,100 | 405,800 | 432,300 | 320,200 | 405,200 | 4,268,600 | 36% |
| 3PL | 159,000 | 107,100 | 129,300 | 194,700 | 119,200 | 124,400 | 146,400 | 217,900 | 179,700 | 191,400 | 141,800 | 179,500 | 1,890,400 | 16% |
| **COGS** | **518,000** | **349,000** | **421,300** | **634,400** | **388,300** | **405,200** | **476,900** | **710,000** | **585,500** | **623,700** | **462,000** | **584,700** | **6,159,000** | **52%** |
| **Gross Profit** | **484,500** | **326,300** | **394,000** | **593,200** | **363,100** | **378,800** | **445,900** | **664,000** | **547,600** | **583,300** | **432,100** | **546,700** | **5,759,500** | **48%** |
| % of Income | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | 48% | |
| **Expenses** | | | | | | | | | | | | | | |
| **Payroll Expenses** | | | | | | | | | | | | | | |
| Wages | 182,700 | 169,300 | 161,200 | 174,000 | 161,200 | 161,200 | 174,000 | 161,200 | 161,200 | 174,000 | 161,200 | 161,200 | 2,002,400 | 17% |
| 401k Match / Profit Sharing | 4,600 | 4,200 | 4,000 | 4,400 | 4,000 | 4,000 | 4,400 | 4,000 | 4,000 | 4,400 | 4,000 | 4,000 | 50,000 | 0% |
| Employee Benefits | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 22,800 | 273,600 | 2% |
| **Payroll Expenses** | **210,100** | **196,300** | **188,000** | **201,200** | **188,000** | **188,000** | **201,200** | **188,000** | **188,000** | **201,200** | **188,000** | **188,000** | **2,326,000** | **20%** |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Advertising & Marketing | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 76,200 | 914,400 | 8% |
| Facilities | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 97,200 | 1% |
| Professional Fees | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 | 9,100 | 109,200 | 1% |
| General & Administrative | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 244,800 | 2% |
| Office Expense | 3,200 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,200 | 0% |
| Software & Equipment | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 98,400 | 1% |
| Insurance | 1,600 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,100 | 0% |
| Sales Tax | 51,300 | 34,600 | 41,700 | 62,800 | 38,400 | 40,100 | 47,200 | 70,300 | 58,000 | 61,800 | 45,700 | 57,900 | 609,800 | 5% |
| **Operating Expenses** | **178,000** | **161,000** | **168,100** | **189,200** | **164,800** | **166,500** | **173,800** | **196,900** | **184,600** | **188,400** | **172,300** | **184,500** | **2,128,100** | **18%** |
| **Finance and Admin** | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Total Expenses** | **388,100** | **357,300** | **356,100** | **390,400** | **352,800** | **354,500** | **375,000** | **384,900** | **372,600** | **389,600** | **360,300** | **372,500** | **4,454,100** | **37%** |
| **Other Income/Expense** | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| **Bankruptcy Expenses** | | | | | | | | | | | | | | |
| Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Adequate Protection Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Professional Fund | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% |
| Plan Payments | | | | | | | | | | | | | | |
| SBA Claim | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 32,400 | 0% |
| Priority Tax Claims | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 87,600 | 1% |
| Unsecured Claims | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 1,080,000 | 9% |
| Excess Cash Payment | - | - | - | - | - | - | 41,000 | - | - | - | - | - | 41,000 | 0% |
| **Bankruptcy Expenses** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **141,000** | **100,000** | **100,000** | **100,000** | **100,000** | **100,000** | **1,241,000** | **10%** |
| **Net Income** | **(3,600)** | **(131,000)** | **(62,100)** | **102,800** | **(89,700)** | **(75,700)** | **(70,100)** | **179,100** | **75,000** | **93,700** | **(28,200)** | **74,200** | **1,305,400** | **11%** |
| **Total Cash Flow:** | **(3,600)** | **(131,000)** | **(62,100)** | **102,800** | **(89,700)** | **(75,700)** | **(70,100)** | **179,100** | **75,000** | **93,700** | **(28,200)** | **74,200** | **1,305,400** | **11%** |
| **Ending Cash Balance** | **625,800** | **494,800** | **432,700** | **535,500** | **445,800** | **370,100** | **300,000** | **479,100** | **554,100** | **647,800** | **619,600** | **693,800** | | |

# EXHIBIT B

**Assumptions Underlying the Projections**

# Kate Quinn Organics, Inc.
## Assumptions Underlying Projections

| | Assumption | Remainder - 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|
| 1 | Deposits | Based on current pipeline for product launches. | Assumes a 3% annual increase in deposits. | | | | |
| 2 | Inventory | Based on current inventory purchase forecast through year-end. | Assumes inventory costs are approximately 35% of monthly deposits | | | | |
| 3 | 3PL | Based on forecasted inventory, sales volume, and current 3PL rates. | Assumes 3PL costs are approximately 15.5% of monthly deposits. | | | | |
| 4 | Payroll | Based on stabilized expenses as of June 2025. | Assumes one additional headcount and a 5% cost increase over the prior year. | Assumes 5% cost escalation over the prior year. | | | |
| 5 | Advertising & Promotion | Based on either minimum marketing budget of $60k, or up to 5% of deposits. | Assumes 5% cost escalation over the prior year; Straight-lined monthly. | | | | |
| 4 | Facilities | Based on lease agreement and historical cost of utilities. | Assumes increases to base rent and NNN per lease agreement, and 5% cost escalation over the prior year utility costs. | | | | |
| 5 | Professional Fees | n/a | Assumes hiring a bookkeeper and CPA for tax services. | Assumes 5% cost escalation over the prior year. | | | |
| 6 | Other Operating Expenses | Based on average stabilized expenses from Q2 2025. | Assumes 5% cost escalation over the prior year. | | | | |
| 7 | Sales Tax | | Based on 5% of deposits. | | | | |
| 8 | SBA Claim | | Assumes plan payments of $2,700 per month. | | | | |
| 9 | Priority Tax Claims | | Assumes plan payments of $7,300 per month. | | | | |
| 10 | Unsecured Claims | | Assumes plan payments of $90,000 per month. | | | | |
| 11 | Excess Cash Payment | n/a | Assumes cash beyond $300,000 in the operating account at the July month-end will be distributed pursuant to the Plan. | | | | |

# EXHIBIT C

**Liquidation Analysis**

# LIQUIDATION ANALYSIS

The Bankruptcy Code requires that, for a given class of claims, each holder of a claim or interest in such class must either vote to accept the plan, or, alternatively, receive or retain under the plan property of a value that is not less than the amount that such holder would receive or retain if the debtor's assets were liquidated in and the proceeds distributed under a chapter 7 liquidation. This is generally known as the "best interests of creditors" test. As set forth below, the Debtor believes that the Plan satisfies the standard.

To apply the test, the Debtors' assets are valued in the context of a distressed liquidation in a chapter 7 case by a trustee appointed by the Bankruptcy Court. The estimated values take into consideration the costs and expenses of the liquidation, and such additional administrative and priority claims that may result from conversion of the case to a chapter 7 for the purpose of liquidation. Net liquidation proceeds would be paid to Holders of Unsecured Claims only to the extent funds are available after Holders of Secured Claims have been paid the full value of their Collateral and Holders of Priority Tax Claims receive full payment on their Claims.

The Debtor is a direct-to-consumer e-commerce business that manufactures its clothing in India with collectible custom prints and styles, using sustainable and organic fabrics. Its products are in limited production, and the Debtor typically does fresh product launches weekly. As such, KQO generally has limited product inventory on hand at any given time. All of the Debtor's limited physical assets are over-encumbered by the respective Liens of the SBA and, potentially, certain merchant cash advance lenders. The Debtor's estimate of a liquidation value incorporates, but is not limited to, the following facts and assumptions:

**Liquidation Values:**

| Asset | Scheduled Value | Current/Liquidation Value |
|---|---|---|
| Cash and Cash Equivalents | $279,614.92 | $419,200.00 |
| Factory Deposits | $167,300.00 | $88,000.00 |
| Professional Retainers | $43,593.15 | $43,593.15 |
| Inventory | $93,282.00 | $55,880.00 |
| Office Furniture & Fixtures | $5,000.00 | $0.00 |
| Computers & Equipment | $5,000.00 | $0.00 |
| **TOTAL** | **$593,790.07** | **$606,673.15** |

- Cash on hand is an approximate amount, less any payments of Court-approved expenses.
- Current deposits held by the Debtor's factory supplier is approximately $88,000 as of June 30, 2025.
- The wholesale value of Debtor's inventory as of June 30, 2025 is approximately $111,760. Inventory would have de minimis value, if any, on the open market. All products are purchased by consumers directly from KQO's website. The liquidation

value is a generous estimate of what the Estate might receive if the inventory was sold to a third-party liquidator or clearance vendor (50% of $111,760).
- The cost and expense of auctioning or locating a potential buyer for the office furniture, fixtures, computers and related equipment would exceed any proceeds of sale realized, and would be abandoned by a chapter 7 trustee pursuant to Bankruptcy Code § 554(a) as being of inconsequential value to the Estate.
- The Debtor's internet domain name, website, and customer goodwill are assets specific to the KQO brand and have no value to any third party.

**Liquidation Expenses:**

The gross amount of liquidation proceeds estimated above would be reduced by the costs and expenses that a chapter 7 trustee would incur in that process. The trustee would be entitled to a statutory commission pursuant to § 326(a) of the Bankruptcy Code. In addition, the trustee would presumably engage bankruptcy counsel to investigate and, if advisable, pursue avoidance and preference actions, and an accountant to provide tax advice and prepare Estate tax returns. It is impossible to estimate with any reliability as to what each of these expenses would total, but for purposes of this analysis the following amounts are included:

| Professional | Estimated Expense Amount |
|---|---|
| Chapter 7 Trustee | *$33,584 |
| Trustee's bankruptcy counsel | $30,000 |
| Trustee's accountant | $20,000 |
| **TOTAL** | **$83,584** |

* This amount is the product of the gross liquidation proceeds ($606,673.15) times the statutory commission framework set forth in Bankruptcy Code § 326(a).

**Total Estimated Liquidation Value:**

The estimated net liquidation recovery would be as follows:

|  |  |
|---|---|
| Gross liquidation proceeds: | $606,673 |
| Less: Liquidation expenses: | $  83,584 |
| **Total:** | **$523,089** |

**Best Interests of Creditors:**

Under the Plan, the Debtor has proposed monthly payments to Creditors of $100,000 per month ($90,000/month to Unsecured Creditors; $2,700/month to SBA; and $7,300/month to Holders of Priority Tax Claims) for sixty months, totaling $6,000,000 over the life of the Plan. In addition, the Debtor has committed to paying all cash on hand in excess of the Operating Reserve ($300,000), if any, each July throughout the Plan. While it is impossible to estimate the Debtor's revenues over the next five years with any certainty, particularly in light of the ongoing uncertainty in the United States and globally regarding tariffs, duties, and related issues, based

on the projections, the Debtor estimates excess cash payments could total $59,200 over the life of the Plan, further benefiting Creditors.

The Reorganized Debtor will act as the disbursing agent for all payments to Holders of Claims required to be made under the Plan, thereby reducing costs of administration.

As this liquidation analysis shows, Creditors would likely receive over $5,476,911 more than they would receive in a liquidation of the Debtor. Accordingly, the Plan provides a far more favorable alternative for Creditors than a chapter 7 liquidation and therefore satisfies the best interests of creditors test.