| | |
|---|---|
| JASON E. WAX (WSBA #41944)<br>RICHARD B. KEETON (WSBA #51537)<br>BUSH KORNFELD LLP<br>601 UNION STREET, SUITE 5000<br>SEATTLE, WA  98101<br>Tel:  (206) 292-2110<br>Emails: jwax@bskd.com, rkeeton@bskd.com | HONORABLE FREDERICK L. CORBIT<br><br>HEARING DATE: August 13, 2025<br>HEARING TIME:  11:00 a.m.<br>RESPONSE DUE: August 6, 2025<br>LOCATION: ZOOMGOV.COM |

UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>KATE QUINN ORGANICS, INC.,<br><br>            Debtor. | Chapter 11<br><br>No. 25-00445-FPC11<br><br>**NOTICE OF FILING OF PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT AND OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE that Kate Quinn Organics, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case, has filed its *Debtor's Plan of Reorganization* [ECF No. 92] (the "Plan") and *Disclosure Statement for Plan of Reorganization* [ECF No. 93] (the "Disclosure Statement") with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Court has set a hearing on approval of the Disclosure Statement, as follows:

    **Hearing Date: Wednesday, August 13, 2025**
    **Time: 11:00 a.m.**
    **Via ZoomGov at:**
    https://www.zoomgov.com/j/1606922376
    (Telephone:  (669) 254-5252)
    Meeting ID: 1606922376

    **See also: https://www.waeb.uscourts.gov/judge/judge-frederick-p-corbit**

NOTICE OF FILING OF PLAN OF REORGANIZATION AND
DISCLOSURE STATEMENT AND OF HEARING ON APPROVAL
OF DISCLOSURE STATEMENT – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2870 ig11dm01gr

25-00445-FPC11    Doc 95    Filed 07/14/25    Entered 07/14/25 15:29:09    Pg 1 of 2

The purpose of the hearing will be to determine whether the Disclosure Statement contains information of a kind, and in sufficient detail, as far as is reasonably practicable under the circumstances, that would enable a hypothetical reasonable investor typical of holders of claims or interests of the relevant class to make an informed judgment about the Plan. The Plan and Disclosure Statement are on file with the above-captioned Court, together with supporting documents. Any party desiring copies of the Plan and Disclosure Statement may request the same from the Clerk of Court or from the undersigned counsel at rkeeton@bskd.com.

If you object to approval of the Disclosure Statement, you must file a written response or objection with the Court on or before **Wednesday, August 6, 2025**. If you do not timely file a response or objection, the Court may enter an order approving the Disclosure Statement without further notice to you.

DATED this 14th day of July, 2025.

BUSH KORNFELD LLP

By  */s/ Richard B. Keeton*
Jason Wax, WSBA #41944
Richard B. Keeton, WSBA #51537
Attorneys for the Debtor-in-Possession

NOTICE OF FILING OF PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT AND OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2870 ig11dm01gr

25-00445-FPC11    Doc 95    Filed 07/14/25    Entered 07/14/25 15:29:09    Pg 2 of 2